DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan   Lippert,<br><br>             Plaintiff,<br><br>     vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. 1:21-cv-01815-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 15) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from October 31, 2022 to November 4, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due the Plaintiff's

1

Counsel recently being assigned this matter and needs additional time to review the case. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: October 26, 2022            PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
   DOLLY M. TROMPETER
   Attorneys for Plaintiff

Dated:  October 26, 2022           PHILLIP A. TALBERT
                                   United States Attorney
                                   PETER K. THOMPSON
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

By:  *\*/s/ Caspar I. Chan*
   Caspar I. Chan
   Special Assistant United States Attorney
   Attorneys for Defendant
   (\*As authorized by email on October 26, 2022)

# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 15), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including November 4, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 10) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 28, 2022**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE